UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVORIN SKENDER and JOELLE SKENDER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:22-cv-02054-JMS- KMB ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) |

### ORDER GRANTING STIPULATION OF DISMISSAL

THIS CAUSE COMING ON TO BE HEARD on a *Stipulation of Dismissal* of due notice given to all parties and the Court being fully advised in the premises, now finds that the *Stipulation of Dismissal* should be, and is, GRANTED [86].

IT IS HEREBY ORDERED THAT the above-captioned matter is dismissed with prejudice and without costs pursuant to the settlement.

Date: 3/29/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All counsel of Record